*Melissa L. Streeto*, assistant state's attorney, in opposition.

Decided June 30, 2011

STATE OF CONNECTICUT *v.* ALIKA MCFARLANE

The defendant's petition for certification for appeal from the Appellate Court, 128 Conn. App. 730 (AC 31808), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*David J. Reich*, special public defender, in support of the petition.

*Melissa Patterson*, assistant state's attorney, in opposition.

Decided June 30, 2011